**Opinion issued May 19, 2022**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-22-00130-CV
_____

## FLETCHER V. TRAMMELL, SR., Appellant

## V.

## ELIZABETH M. TRAMMELL, Appellee

---

### On Appeal from the 61st District Court
### Harris County, Texas
### Trial Court Case No. 2018-11383

---

### MEMORANDUM OPINION

Appellant, Fletcher V. Trammell, Sr., appealed from the trial court's November 22, 2021 final judgment. On the motion of appellant, on March 22, 2022, the Court abated this appeal to allow "the parties [to] fulfill obligations of [their] agreed private settlement." On May 4, 2022, appellant filed a motion to dismiss the

appeal, stating that "[t]he parties ha[d] reached an agreement to compromise and settle[d] their differences," and as such, appellant "ask[ed] the Court to dismiss the appeal."

No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion states that "[a]ppellee, Elizabeth M. Trammell, is unopposed to th[e] Motion to Dismiss Appeal." *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court reinstates the case to the Court's active docket, grants appellant's motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Guerra, and Farris.